SAM MAULTSBY v. THE STATE.

No. 19000. Delivered June 23, 1937.

The opinion states the case.

*J. H. Baker,* of San Saba, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The conviction is for a misdemeanor; the punishment, a fine of $150.

The recognizance is defective in failing to recite that appellant was convicted of a misdemeanor. See Art. 831, C. C. P., and Black v State, 59 S. W. (2d) 1086.

The appeal is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.